Cos-tello, Wiechert, Roberts & Gundlach, of East St. Louis (Edw. W. Stubbs, Jr., and Robert C. Ely, of counsel), for appellants; Jones, Ottesen & Fleming, of Belleville, for appellees. Opinion by PRE-SIDING JUSTICE SCHEINEMAN. Not to be published in full.

In the Matter of the Estate of Margaret F. Butler, Deceased.

Donald F. Butler, et al., Administrator W. W. A. for the Estate of John J. Butler, Deceased; Kathryn M. Butler by Donald F. Butler, Conservator of the Estate of Kathryn M. Butler a/k/a Katherine Butler, Incompetent, Appellants, v. Sister Catherine Aloyse, Miss Kathryn Magee, Individually and as Executor of the Estate of Margaret F. Butler, Deceased, Mrs. Annabelle O'Toole, Mrs. Katherine Butler by Donald F. Butler, Conservator for the Estate of Katherine Butler, Incompetent, Mrs. Marie Du Mais, et al., Appellees.

Gen. No. 48,957.

First District, First Division.
June 10, 1963.
Rehearing denied July 8, 1963.

Dowdle & Moscato, of Chicago (Richard E. Dowdle, of counsel), for appellants); Jacob Shamberg and Pierce L. Shannon, of Chicago, for Kathryn Magee, individually and as Executor of the Estate of Margaret F. Butler, deceased, appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.

## Dorothy L. Van Zandt, Plaintiff-Appellant, v. Louis P. Van Zandt, Defendant-Appellee.

### Gen. No. 48,835.

First District, First Division.

June 10, 1963.

Rehearing denied June 24, 1963.

Kenneth C. Sedlak, of Lisle, for appellant; Arthur George, of Chicago, for appellee. Opinion by JUSTICE ENGLISH. Not to be published in full.